# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES ANTHONY DAVIS, | ) | |
| Plaintiff, | ) | 2:11-cv-00231-PMP-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| COUNTY OF CLARK, *et al.*, | ) | |
| Defendants. | ) | |

On February 15, 2011, this court issued an order denying plaintiff's application to proceed *in forma pauperis* and directing plaintiff to pay the filing fee in full within thirty days of entry of the order (docket #3). Plaintiff was expressly warned that failure to pay the filing fee would result in the dismissal of this action. The order was served on plaintiff at his address of record

More than the allotted time has elapsed, and plaintiff has not responded to the court in any manner. Accordingly, this action is dismissed without prejudice for failure to comply with the court's order to pay the filing fee.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for failure to comply with the court's order to pay the filing fee.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file exhibit A under seal (docket #2) is DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 31st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE